ORIGINAL

josephmunainf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 07-00002 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** |
| JOSEPH MUNA, ) | [18 U.S.C. § 1382] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 23, 2006, in the District of Guam, the defendant, JOSEPH MUNA, went upon a United States military reservation, to wit, U.S. Naval Base Guam, with knowledge that the defendant, JOSEPH MUNA, needed and did not have authorization to do so, in violation of Title 18, United States Code, Section 1382.

DATED this 16th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney