# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00002**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _X_ No

Defendant Name _____JOSEPH MUNA_____

Alias Name _____

Address _____

_____Guam_____

Birthdate _____ SS# _____ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA _____Ryan M. Anderson_____

Interpreter: _X_ No ___ Yes  List language and/or dialect: ___

RECEIVED JAN 18 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   _X_ Petty ___ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 1382 | Entering Military, Naval or Coast Guard Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _1/18/07_   Signature of AUSA: _Ry M. And___