ORIGINAL

josephmunasum

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 07-00002 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST** |
| | ) **FOR ISSUANCE OF SUMMONS** |
| JOSEPH MUNA, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, JOSEPH MUNA, based on an Information filed charging the defendant with Entering Military, Naval or Coast Guard Property in violation to Title 18, United States Code, Section 1382.

Respectfully submitted this 17th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney