# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-07-00002　　　　　　　　　　DATE: January 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:48:12 - 10:50:26
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Joseph Muna　　　　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Kristin St. Peter　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Court ordered a warrant be issued with a $1,000.00 bail.

NOTES: