# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

V.

JOSEPH MUNA

## WARRANT FOR ARREST

Case Number: MJ-07-00002-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **JOSEPH MUNA**
                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation

**FILED**
DISTRICT COURT OF GUAM

OCT 22 2007

**JEANNE G. QUINATA**
Clerk of Court

charging him or her with (brief description of offense)

**ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

in violation of Title    18    United States Code, Section(s)    1382

**BAIL IS SET IN THE AMOUNT OF $1,000.00**

Melissa L. Trauner
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Signature of Issuing Officer_

1/30/2007    Hagatna, Guam
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

30 Jan. 07 MaiMai Rd. Chalan Pago

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 22 Oct. 07 | TFO RTQuinata | |
| DATE OF ARREST 1608 hrs 22 Oct. 07 | | |

**ORIGINAL**

AO 442    (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____