AO 98A (12/03) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# UNITED STATES DISTRICT COURT

District of    Guam

**FILED**
**DISTRICT COURT OF GUAM**

OCT 23 2007

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES OF AMERICA
V.

**JOSEPH MUNA**

Defendant

## APPEARANCE AND COMPLIANCE BOND

Case Number: **MJ-07-00002**

Non-surety: I, the undersigned defendant acknowledge that I, am bound to pay to the United States of America the sum of

$ __1,000.00__ in cash.

The conditions of this bond are that the defendant, __JOSEPH MUNA__
(Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __10/23/2007__ at __HAGATNA, GUAM__
                                       Date                               Place

Defendant __/s/ Joseph R. Muna__ Address _____

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me __10-23-07__
                                                    Date

Deputy Clerk

Approved: __/s/__
JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE