JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
JOSEPH MUNA

**FILED**
DISTRICT COURT OF GUAM

DEC - 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ 07-00002 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| JOSEPH MUNA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for December 17, 2007, at 9:30 a.m., be continued January 14, 2008 or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be off-island for personal reasons from December 14, 2007 to January 7, 2008. Defense counsel also needs additional time to conduct the necessary investigation and research for trial.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the


ORIGINAL

time period beginning and including December 17, 2007, to and including the new trial date of

_____, 2008, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Muna has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Muna's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 4, 2007.


JOHN T. GORMAN
Attorney for Defendant
JOSEPH MUNA

RYAN M. ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA