JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
JOSEPH MUNA

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | re Stipulation to Continue Trial |
| JOSEPH MUNA, | ) | and Exclude Time |
| Defendant. | ) | |

The Stipulation filed on December 4, 2007, requesting that the December 17, 2007 trial date be continued is hereby approved. Trial is hereby moved to Monday, January 14, 2008, at 9:00 a.m. It is further ordered, based on the above-referenced stipulation, that the period of time between December 17, 2007 and January 14, 2008, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) based on a finding that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Dec 05, 2007**