LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

dismissinfomuna

FILED
DISTRICT COURT OF GUAM
JAN 07 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 07-00002 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS INFORMATION** |
| JOSEPH MUNA, ) | |
| Defendant. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above case against defendant, JOSEPH MUNA, be dismissed without prejudice, because of an inability to establish a *prima facie* case beyond a reasonable doubt.

Respectfully submitted this 7th day of January 2008.

                         LEONARDO M. RAPADAS
                         United States Attorney
                         Districts of Guam and NMI

By: _____
       RYAN M. ANDERSON
       Special Assistant U.S. Attorney