1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00002 |
| Plaintiff, | |
| | O R D E R |
| vs. | |
| JOSEPH MUNA, | |
| Defendant. | |

The United States' Motion to dismiss the Information herein against defendant, JOSEPH MUNA, is hereby granted.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 07, 2008